IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ROUSAY,

      Plaintiff,                              No. CIV S-05-1589 LKK KJM PS

    vs.

PAUL CELLUCCI, et al.,

      Defendants.                   FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis. Plaintiff filed a third amended complaint and then filed an interlocutory appeal. That appeal has now been dismissed.

        The federal in forma pauperis statute authorizes federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

        A claim is legally frivolous when it lacks an arguable basis either in law or in fact. Neitzke v. Williams, 490 U.S. 319, 325 (1989); Franklin v. Murphy, 745 F.2d 1221, 1227-28 (9th Cir. 1984). The court may, therefore, dismiss a claim as frivolous where it is based on an

/////

1  indisputably meritless legal theory or where the factual contentions are clearly baseless.  <u>Neitzke</u>,
2  490 U.S. at 327.
3        A complaint, or portion thereof, should only be dismissed for failure to state a
4  claim upon which relief may be granted if it appears beyond doubt that plaintiff can prove no set
5  of facts in support of the claim or claims that would entitle him to relief.  <u>Hishon v. King &amp;</u>
6  <u>Spalding</u>, 467 U.S. 69, 73 (1984) (citing <u>Conley v. Gibson</u>, 355 U.S. 41, 45-46 (1957)); <u>Palmer</u>
7  <u>v. Roosevelt Lake Log Owners Ass'n</u>, 651 F.2d 1289, 1294 (9th Cir. 1981).  In reviewing a
8  complaint under this standard, the court must accept as true the allegations of the complaint in
9  question, <u>Hospital Bldg. Co. v. Rex Hosp. Trustees</u>, 425 U.S. 738, 740 (1976), construe the
10 pleading in the light most favorable to the plaintiff, and resolve all doubts in the plaintiff's favor,
11 <u>Jenkins v. McKeithen</u>, 395 U.S. 411, 421 (1969).
12       Plaintiff has now filed four complaints.  Plaintiff's third amended complaint
13 suffers from the same deficiencies previously noted with regard to the original, first amended and
14 second amended complaints.  In each complaint, plaintiff has failed to allege a proper basis for
15 jurisdiction.  The third amended complaint again sets forth no apparent basis for venue in this
16 district.  The allegations also are insufficient to put defendants on notice of the basis of the
17 claims brought against them.  Despite repeated opportunities to cure the deficiencies in his
18 complaints, plaintiff has failed to do so.  Moreover, at this point, it appears that further
19 amendment would be futile.
20       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.
21       These findings and recommendations are submitted to the United States District
22 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
23 days after being served with these findings and recommendations, plaintiff may file written
24 /////
25 /////
26 /////

1  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
3  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
4  F.2d 1153 (9th Cir. 1991).
5  DATED: July 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
rousay.57