UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RICHARD ROUSAY, | No. 07-15145 |
| --- | --- |
| Plaintiff - Appellant, | D.C. No. CV-05-01589-LKK/KJM |
| v. | |
| PAUL CELLUCCI, US Ambassador to Canada; et al., | ORDER |
| Defendants - Appellees. | |

This appeal has been taken in good faith [ ]

This appeal is not taken in good faith [X]

Explanation: Plaintiff has failed to allege a proper basis for jurisdiction or venue and the allegations in the complaint are insufficient to put defendants on notice.

Judge
United States District Court

Date: 2/28/07